Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CATALIN APOPEI and ADRIANA APOPEI,<br><br>              Plaintiffs,<br><br>    v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a foreign company,<br><br>              Defendant. | NO. 2:24-cv-01013-JNW<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS |

THIS MATTER came before the Court on counsel for plaintiffs' Motion to Withdraw. The Court, being familiar with the records and files herein, having considered the submissions in support and in opposition thereto, and being otherwise fully advised, hereby ORDERS that the Motion to Withdraw is GRANTED.

DATED this 18th day of February, 2025.

_____
The Honorable Jamal N. Whitehead
U.S. District Court Judge

[~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS - 1

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

# DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on the below date, I caused a true and correct copy of this document to be delivered, via the method indicated, to counsel of record:

**Counsel for Defendants:**
Michael D. Handler, WSBA 25654
Laura G. Spence, WSBA 59480
Forsberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
206-689-8500

XX  hand delivery via messenger
☐  mailing with postage prepaid
☐  via court electronic service
XX  via email to:
mhandler@foum.law; lspence@foum.law

**Plaintiffs:**
Catalin and Adriana Apopei
19926 76th Avenue SE
Snohomish, WA 98296

☐ hand delivery via messenger
☐ mailing with postage prepaid
☐ via court electronic service
XX via process service on 12-27-24

DATED this 30th day of December, 2024, at Seattle, Washington.

*s/Ellen R. Evans*
Ellen R. Evans, Legal Assistant
Gordon Tilden Thomas & Cordell LLP

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS - 2

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477