**Honorable Judge Jamal N. Whitehead**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CATALIN APOPEI and ADRIANA APOPEI,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a foreign company,<br><br>Defendant. | No. 2:24-cv-01013-JNW<br><br>**STIPULATED MOTION AND ORDER EXTENDING EXPERT-RELATED DEADLINE AND DISCOVERY CUT-OFF DEADLINE**<br><br>**NOTE FOR CONSIDERATION: SEPTEMBER 4, 2025** |

The parties in this matter stipulate and agree to move the Court for an Order continuing the expert disclosure deadline from September 15, 2025, to October 24, 2025, to obtain additional information in discovery and to obtain expert opinions, for good cause shown. The parties in this matter also stipulate and agree to move the Court for an Order continuing the discovery cut off deadline from November 14, 2025, to January 15, 2026. The parties have exchanged initial disclosures and discovery responses, and they are proceeding with diligence to schedule and complete discovery depositions, in order to provide a fuller record of discovery in connection with any expert reports that are to be submitted pursuant to Fed. R. Civ. P. 26(a)(2).

The proposed amendments do not require moving the trial date. The parties previously requested alteration of deadlines only because a five months' extension was necessary due to

STIPULATED MOTION AND ORDER EXTENDING  EXPERT-RELATED DEADLINE AND DISCOVERY CUT-OFF DEADLINE – 1 Cause No.:  2:24-CV-01013

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

Plaintiffs' counsel's withdrawal (with leave of court), and due to the extended period of time for Plaintiffs to locate, retain and inform their new counsel regarding the substantive issues involved in this insurance coverage and extracontractual damages lawsuit. Chambers Procedures – Civil suggest a motion should be filed for any "previously extended" deadline. (Section 5.5 Extending Other Deadlines, at (3)). After the five-month extensions of the original Trial Date and all related Court ordered deadlines, as necessitated by Plaintiffs retaining new counsel in May 2025, further limited extensions are currently required of only the disclosures of expert testimony, and the discovery cutoff deadline.

Specifically, Plaintiff signed the retainer agreement with Poli, Moon & Zane, PLLC, on May 19th, 2025. Plaintiff's current counsel did not receive the Plaintiff's file from prior counsel until July 1st, 2025. Declaration of Maxim Poudrier-Tudan in Support of Stipulated Motion, Par. 4 - 5.

Moreover, and also as of the date of this filing, the parties are actively working toward scheduling the depositions of Plaintiffs as witnesses to this matter. Based on availability of counsel and availability of Plaintiff (who has been temporarily staying in Romania for much of the summer), these depositions cannot be scheduled prior to October 2025. Currently, both parties are actively pursuing deposition dates during the week of October 6th, 2025. *Id*., Par. 6-7.

The undersigned counsel jointly concluded that the following Current Deadlines would need to be rescheduled, due to insufficient availability of documents, witnesses, and/or counsel in this matter, as well as due to additional time for the parties' expert witnesses to assess these deposition proceedings' transcripts and evidence that became available to each party's current counsel of record only after substantial delays.

STIPULATED MOTION AND ORDER EXTENDING EXPERT-RELATED DEADLINE AND DISCOVERY CUT-OFF DEADLINE – 2 Cause No.: 2:24-CV-01013

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

The parties currently do not anticipate a need for continuance of any other deadlines such as the dispositive motions filing date, and the proposed amendments do not require moving the trial date. Therefore, the parties respectfully move this Court for, and propose entry of only the following amended deadlines:

| Case Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | September 15, 2025 | October 24, 2025 |
| Disclosure of rebuttal expert testimony | October 15, 2025 | November 24, 2025 |
| Disclosure of Discovery | November 14, 2025 | January 15, 2026 |

All other deadlines shall remain as identified in Dkt. No. 27.

DATED this 4th day of September, 2025.

FORSBERG & UMLAUF, P.S.

s/ Michael D. Handler
Michael D. Handler, WSBA #25654
Daniel J. Parsons, WSBA #62819
Forsberg & Umlauf, PS
401 Union Street, Suite 1400
Seattle, WA 98101
Tel. 206-689-8500
mhandler@foum.law
dparsons@foum.law
*Attorneys for Defendant*

and

POLI MOON & ZANE, PLLC

s/ Jeffrey G. Zane
Jeffrey G. Zane, WSBA #62691
Michael N. Poli, WSBA #63619
Maxim Poudrier-Tudan, WSBA #60213
720 Seneca Street, Suite 107

STIPULATED MOTION AND ORDER EXTENDING EXPERT-RELATED DEADLINE AND DISCOVERY CUT-OFF DEADLINE – 3 Cause No.: 2:24-CV-01013

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Seattle, Washington 98101
Tel. 206-704-5653
jzane@pmzlaw.com
mpoli@pmzlaw.com
maxim@pmzlaw.com
*Attorneys for Plaintiffs*

STIPULATED MOTION AND ORDER EXTENDING EXPERT-RELATED DEADLINE AND DISCOVERY CUT-OFF DEADLINE – 4 Cause No.:   2:24-CV-01013

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

## ORDER

Pursuant to the foregoing stipulation of the parties, the Court directs the Clerk to enter a minute order reflecting the amended deadline for Rule 26(a)(2) expert disclosures on October 24, 2025; and for discovery completion January 15, 2026. All other deadlines will remain as ordered.

IT IS SO ORDERED.

Dated this 8th day of September, 2025.

_____
THE HONORABLE Jamal N. Whitehead
United States District Court Judge

STIPULATED MOTION AND ORDER EXTENDING EXPERT-RELATED DEADLINE AND DISCOVERY CUT-OFF DEADLINE – 5 Cause No.: 2:24-CV-01013

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX