**Honorable Judge Jamal N. Whitehead**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CATALIN APOPEI and ADRIANA APOPEI,

Plaintiffs,

vs.

SAFECO INSURANCE COMPANY OF
AMERICA, a foreign company,

Defendant.

No. 2:24-cv-01013-JNW

**STIPULATED MOTION TO EXTEND
SETTLEMENT CONFERENCE
DEADLINE**

**NOTE FOR CONSIDERATION:**

**FEBRUARY 17, 2026**

## STIPULATION AND MOTION

The parties apply to the Court under LCR 39(f)(2), Other Alternative Dispute Resolution Procedures, for its approval to use a private dispute resolution alternative for a period of two weeks after February 12, 2026, the settlement conference date stated in its Dkt. 27 Court Order. The Parties apologize to the Court for missing the settlement conference deadline. The parties have scheduled a mediation with a mutually acceptable mediator for February 26th, 2026. They will report to the Court again on or before February 27th, 2026.

**RESPECTFULLY SUBMITTED** this 13th day of February 2026.

STIPULATED MOTION TO EXTEND SETTLEMENT CONFERENCE
DEADLINE– 1
Cause No.:  2:24-CV-01013

**POLI, MOON & ZANE, PLLC**
720 Seneca St. Ste 107,
Seattle, WA 98101
602-857-8160

CLYDE & CO.

*s/Michael Handler*_____
Michael D. Handler, WSBA #25654
Daniel J. Parsons, WSBA #62819
401 Union Street, Suite 1400
Seattle, WA 98101
Tel. 206-689-8500
Michael.Handler@clydeco.com
Daniel.Parsons@clydeco.com
*Attorneys for Defendant*

POLI, MOON & ZANE, PLLC

*s/ Maxim Poudrier-Tudan*_____
Michael N. Poli, WSBA #63619
Jeffrey G. Zane, WSBA #62691
Maxim Poudrier-Tudan, WSBA #60213
720 Seneca St, Ste. 107
Tel. 512-991-3050
mpoli@pmzlaw.com
jzane@pmzlaw.com
maxim@pmzlaw.com
*Attorneys for Plaintiff*

and

ROBERT D. BOHM, PLLC

*s/ Robert D. Bohm*_____
Robert D. Bohm, WSBA #42703
PO Box 25536
Federal Way, WA  98093
Tel. 206-463-6767
rdbohm@premisesinjurylaw.com
*Attorney for Plaintiff*

## ORDER

Pursuant to the following stipulation of the parties, the Court directs the Clerk to enter a minute order reflecting the new Settlement Conference deadline date.  All other deadlines will remain as ordered.

IT IS SO ORDERED.

Dated this 17th day of February, 2026.

_____
THE HONORABLE Jamal N. Whitehead
United States District Court Judge

STIPULATED MOTION TO EXTEND SETTLEMENT CONFERENCE
DEADLINE– 2
Cause No.:   2:24-CV-01013

**POLI, MOON & ZANE, PLLC**
720 Seneca St. Ste 107,
Seattle, WA 98101
602-857-8160

Presented by:

CLYDE & CO.                                          POLI, MOON & ZANE, PLLC


s/Michael Handler                                    s/ Maxim Poudrier-Tudan
Michael D. Handler, WSBA #25654                      Michael N. Poli, WSBA #63619
Daniel J. Parsons, WSBA #62819                       Jeffrey G. Zane, WSBA #62691
401 Union Street, Suite 1400                         Maxim Poudrier-Tudan, WSBA #60213
Seattle, WA 98101                                    720 Seneca St, Ste. 107
Tel. 206-689-8500                                    Tel. 512-991-3050
Michael.Handler@clydeco.com                          mpoli@pmzlaw.com
Daniel.Parsons@clydeco.com                           jzane@pmzlaw.com
*Attorneys for Defendant*                            maxim@pmzlaw.com
                                                     *Attorneys for Plaintiff*


                                                     and


                                                     ROBERT D. BOHM, PLLC

                                                     s/ Robert D. Bohm
                                                     Robert D. Bohm, WSBA #42703
                                                     PO Box 25536
                                                     Federal Way, WA  98093
                                                     Tel. 206-463-6767
                                                     rdbohm@premisesinjurylaw.com
                                                     *Attorney for Plaintiff*

STIPULATED MOTION TO EXTEND SETTLEMENT CONFERENCE
DEADLINE– 3
Cause No.:   2:24-CV-01013